IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-918 |
| $9,000.00 in U.S. CURRENCY and ONE 1997 BMW 750 IL, VIN WBAGK2327VDH68155, | ) | |
| Defendants. | ) | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 26 day of May, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the following defendant property that is the subject of the forfeiture action at Civil Action No. 08-918 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity: $9,000.00 in U.S. Currency and one 1997 BMW 750 IL, VIN WBAGK2327VDH68155.

The Court shall mark this case closed.

_____
J.